UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCISCUS DARTEE,<br><br>       Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, JAMES M. GANNON, Sheriff of Morris County, MICHELLE M. SMITH, Clerk of Superior Court, NATIONSTAR MORTGAGE LLC dba MR COOPER, FEDERAL HOUSING FINANCE AGENCY,<br><br>       Defendants. | Civil Action No. 2:19-cv-15735<br><br>Removed from the Superior Court of New Jersey, Chancery Division, Morris County, Docket Nos. MRS-C-60-19, MRS-L-001294-19<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR <u>OTHERWISE REPLY</u>** |
| FRANCISCUS MARIA DARTEE,<br><br>       Beneficiary & Third Party Interest Intervenor. | |

      Application is made for a Clerk's Order extending the time within which Defendant Federal Housing Finance Agency ("FHFA") may answer, move or otherwise reply to the Complaint filed by Plaintiff Franciscus Dartee ("Plaintiff") for fourteen (14) days, to August 13, 2019.  We represent that:

      1.      FHFA timely filed and served a Notice of Removal on July 23, 2019;

      2.      Pursuant to FRCP 81(c), FHFA's time to answer, move or otherwise reply to Plaintiff's Complaint expires on July 30, 2019; and

      3.      No previous extension has been obtained.

Dated: Newark, New Jersey
July 23, 2019

                                                       DUANE MORRIS LLP

                                                       By:  /s/ Sarah Fehm Stewart
                                                       Sarah Fehm Stewart
                                                       One Riverfront Plaza
                                                       1037 Raymond Blvd., Ste. 1800
                                                       Newark, NJ 07102
                                                       P: (973) 424-2000
                                                       F: (973) 424-2001
                                                       *Attorneys for Defendant Federal*
                                                       *Housing Finance Agency*

## [PROPOSED] ORDER

It is hereby ORDERED that Defendant Federal Housing Finance Agency's time to answer, move or otherwise reply to the Complaint of Plaintiff Franciscus Dartee is extended up to and including August 13, 2019.

Dated: _____

                                                   _____
                                                      William T. Walsh, Clerk of Court