**U.S. Department of Justice**
TAX 802-FLU
Washington, D.C. 20530

Official Business
Penalty for Private Use $300

DISTRICT OF NEW JERSEY
FILED

2019 JUL 26  P 3: 07



Attn: Clerk
United States District Court for the
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102