UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                              DATE: August 13, 2019

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Case No. 19-15735

TITLE OF CASE:
FRANCISCUS DARTEE v. THE BANK OF NEW YORK MELLON CORP., ET AL.

**APPEARANCES:**
Franciscus M. Dartee, *Pro Se*
John M. Barbarula, Esq. for Deft, Morris County, et al.
Sarah Stewart, Esq. for Deft, Federal Housing Finance Agency

NATURE OF PROCEEDING:  **HEARING**

Hearing held on defendant's notice of removal;
Hearing held on plaintiff's request for injunctive relief;
Ordered matter sua sponte remanded to State Court.


Time Commenced:  11:45 a.m.
Time Adjourned:     12:20 p.m.
Total time:   35 mins.

Cc: Chambers                                                        Carmen D. Soto
                                                                    Deputy Clerk