UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCISCUS DARTEE,<br><br>    Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION et al.,<br><br>    Defendants. | Civil Action No. 19-15735 (SDW) (LDW)<br><br>**ORDER**<br><br>August 13, 2019 |

**THIS MATTER** having come before the Court by way of Defendant Federal Housing Finance Agency's Notice of Removal and *pro se* Plaintiff Franciscus Dartee's Request for Injunctive Relief, and this Court having heard oral argument,

**IT IS, on this 13th day of August, 2019,**

**ORDERED** that for the reasons set forth on the record on August 13, 2019, this action is *sua sponte* **REMANDED** to the Superior Court of New Jersey, Morris County.

**SO ORDERED**.

                                                           __/s/ Susan D. Wigenton_____
                                                           Hon. Susan D. Wigenton
                                                           United States District Judge

Orig:  Clerk
cc:     Leda Dunn Wettre, U.S.M.J.
        Parties