# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Newark, NJ

FRANCISCUS DARTEE

                          Plaintiff,

v.	Case No.: 2:19–cv–15735–SDW–LDW

                                    Judge Susan D. Wigenton

THE BANK OF NEW YORK MELLON CORPORATION, et al.

                          Defendant.


Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963–0910

State No: MRS L 001294 19

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                  Very truly yours,

                                                  William T. Walsh, Clerk
                                                  By Deputy Clerk, vm

encl.
cc: All Counsel